UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:

**ANTHONY MOSS,**
SSN XXX.XX.1260

Case Number 16-19746-BKC-LMI
Chapter 13

Debtor.

_____/

## DEBTOR'S MOTION TO AVOID LIEN IMPAIRING HOMESTEAD EXEMPTION

Debtor, **ANTHONY MOSS**, by and through undersigned counsel, pursuant to 11 U.S.C. § 522(f) and Rules 4003 and 9014 of the Federal Rules of Bankruptcy Procedure, hereby files this *Motion to Avoid Lien Impairing Homestead Exemption*, and states:

1. **ANTHONY MOSS** (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on July 13, 2016 (the "Petition Date").

2. The Debtor claimed as homestead his interest in the single family home located at 7110 NW 16 Avenue, Miami, FL 33147 (the "Property"). The Property is legally described as follows:

**Folio No.: 30-3111-023-0140**
Lot 21, Block 1, Corrective Plat Liberty City Park, according to the Plat thereof, recorded in Plat Book 41, Page 65, of the Public Records of Miami-Dade County, Florida.

The basis for the Debtor's claimed exemption of the Property is Article X, Section 4(a), of the Florida Constitution, which provides that the Debtor's homestead is exempt from the claims of all nonconsensual liens.

3. Before the Petition Date, the following creditor was awarded a final judgment against the Debtor and the judgment was recorded in the Public Records in and for Miami-Dade County, Florida (the "Judgment") as follows:

| <u>Creditor</u> | <u>Official Records Book</u> | <u>Page</u> |
|---|---|---|
| LVNV Funding, LLC. | 27940 | 3840 |
|  | 27769 | 666 |

A Copy of the Judgment is attached hereto as Exhibit "A" and is incorporated herein by reference.

4. The trustee conducted and concluded the meeting of creditors more than 30 days before the date the Debtor filed this motion and the time to object to the Debtor's homestead exemption has expired. No objections were filed to the Debtor's claimed homestead exemption.

5. The Judgment impairs the Debtor's homestead exemption on the Property.

6. The Debtor is entitled to an order avoiding the Judgment under 11 U.S.C. §522(f) and Article X, Section 4(a), of the Florida Constitution.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order avoiding the judgment liens and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail, this 19th day of November 2016 to the following parties:

| Nancy K. Neidich, Chapter 13 Trustee<br>ecf2@ch13herkert.com and<br>e2c8f01@ch13herkert.com<br>*Via CM/ECF* | LVNV Funding, LLC.<br>15 Couth Main Street<br>Greenville, SC 29601 |
|---|---|
| LVNV Funding, LLC.<br>c/o Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 |  |

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way • Miami, Florida 33145-2960
www.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 • Facsimile: 305-285-9542

/s/ Timothy S. Kingcade, Esq.
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Jessica L. McMaken, Esq., FBN 580163

IN THE COUNTY COURT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

DYLD

CASE NO: 11-00985-CC-05

LVNV FUNDING, LLC ,
        Plaintiff,

**DEFAULT FINAL JUDGMENT**

vs.

Anthony A Moss ,
        Defendant(s)
_____/

IT IS HEREBY ORDERED AND ADJUDGED THAT:

Plaintiff whose address is 15 SOUTH MAIN STREET, Greenville SC 29601 shall recover from Defendant(s), Anthony A Moss , the principal sum of $13,088.33, court costs in the amount of $390.00, interest in the amount of $1,798.65, the total of which shall bear interest at the rate of 6% per annum, for all of the above let execution issue.

IT IS FURTHER ORDERED AND ADJUDGED THAT:

The Defendant(s) shall complete Florida Rules Form 1.977 (Fact Information Sheet) and return it to the Plaintiff's attorney, within 45 days from the date of this Final Judgment unless it is satisfied or a motion for new trial or notice of appeal is filed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant(s) to complete the Fact Information Sheet and return it to the Plaintiff's attorney.

DONE AND ORDERED at MIAMI-DADE County, Florida on this ____ day of _____, 20____.

_____
COUNTY COURT JUDGE

Copies furnished to:
LAW OFFICES OF ANDREU, PALMA & ANDREU, PL    Wendell M. Graham
701 SW 27th Avenue, Ste. 900
Miami, FL 33135.

Anthony A Moss
1877 Nw 57Th St
MIAMI FL 33142-3055

CFN 2011R0864649 OR BK 27940 Pg 3840; (1ps)
RECORDED 12/23/2011 15:20:35
HARVEY RUVIN, CLERK OF COURT, MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

10-31498 STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I hereby certify that the foregoing is a true and correct copy of the original on file in this office _____ AD DEC 12 2011
HARVEY RUVIN, CLERK
Circuit and County Courts
(SEAL)

Bk 27769 Pg 666 CFN 20110493605 07/26/2011 14:34:10 Pg 1 of 1 Mia-Dade Cty, FL

Exhibit "A"