

**ORDERED in the Southern District of Florida on December 7, 2016.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  ANTHONY MOSS                     Case No. 16-19746-LMI

                                          Chapter 13

_____Debtor._____/

### ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN IMPARING HOMESTEAD EXEMPTION

THIS CASE came on to be heard on December 6, 2016 at 9:00 a.m. upon the Debtor's *Motion to Avoid Lien with LVNV Funding, LLC* [D.E. 68] pursuant to 11 U.S.C. 522(f), and the Court having reviewed the Motion, noting no objection, and otherwise fully advised in the premises it is:

**ORDERED AND ADJUDGED** as follows:

1. The Debtor's Motion to Avoid Lien is **GRANTED**.

2. The recorded judicial lien of LVNV Funding, LLC, Case No. 11-00985-CC-05 Official Records Book 27940, Page 3840 and Official Records Book 27769, Page 666 of the Official Public Records Book of Miami-Dade County, Florida impairs the homestead exemption the Debtor is entitled to on the Debtor's homestead property located at 7110 NW 16th Avenue, Miami, FL 33147 and is legally described as follows:

   Folio No.: 30-3111-023-0140
   Lot 21, Block 1, Corrective Plat Liberty City Park, according to the Plat thereof, recorded in Plat Book 41, Page 65, of the Public records of Miami-Dade County, Florida.

3. Therefore, the lien of LVNV Funding, LLC, Case No. 11-00985-CC-05 Official Records Book 27940, Page 3840 and Official Records Book 27769, Page 666 of the Official Public Records Book of Miami-Dade County, Florida is **AVOIDED** forthwith and shall have no further force or effect against the Debtor's homestead located at 7110 NW 16th Avenue, Miami, FL 33147.

###

**Submitted by:**
Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, FL 33145

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).